IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: February 7, 2000

NEREIDA GALARZA-SOTO, et al    *
                        *
     Plaintiffs          *
                        *
vs.                         *      CIVIL NO. 96-2516 (SEC)
                        *
JOHNNY COLON, et al        *
                        *
     Defendants          *
                        *
*******************************

By Order of the Court, **Hearing on Damages** is hereby set for **February 28, 2000 at 2:00 p.m.  This proceeding will be held before Honorable Salvador E. Casellas.**

Kim Flores
Courtroom Deputy Clerk

s/c Frank Inserni

