IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELBA GALARZA SOTO, et al.

Plaintiffs

v.

JOHNNY COLON, et al.

Defendants

Civil No. 96-2516 (SEC)

Civil Rights

RECEIVED & FILED
MAR 3 1 2000
OFFICE CLERK, U.S. DISTRICT
SAN JUAN, P.R.

**DEFAULT JUDGMENT**

Pursuant to the opinion and order of even date, default judgment is hereby entered against defendants Johnny Colón and Lucila San Miguel in favor of plaintiff Hosmarí Ríos De Jesús, in the following amounts:

1. twenty-five thousand (25,000.00) dollars for the decedent's conscious pain and suffering prior to his death, and

2. two thousand five hundred (2,500.00) dollars in attorney's fees.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)